# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LINDA L. DAVIS,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>BAYER CORPORATION, BAYER  )<br>PHARMACEUTICALS CORPORATION,  )<br>BAYER HEALTHCARE, LLC, BAYER  )<br>HEALTHCARE A.G., AND BAYER A.G.,  )<br>  )<br>    Defendants.  )<br>  ) | Civil Action No. 3:07-cv-00115 |

## ORDER

Upon consideration of Defendants' Unopposed Motion To Stay Proceedings Pending Transfer to Multidistrict Litigation:

**IT IS HEREBY ORDERED** that all proceedings in the above-captioned case are STAYED pending ruling of the Judicial Panel on Multidistrict Litigation on the Defendants' motion to transfer.

This 8th day of February, 2008.

                                                /s/ Joe B. Brown
                                              JOE B. BROWN
                                              United States Magistrate Judge